■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR DAVIS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 4, 1977, unanimously affirmed. Application by appellant's counsel to withdraw is granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sandler, Lane and Lynch, JJ.